IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORBERT A. SCHUELLER,

    Plaintiff,

v.                                                  Civ. No. 07-1084 MCA/RLP

FARMERS INSURANCE GROUP,
individually and d/b/a FOREMOST
SIGNATURE INSURANCE CO.

MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court on Plaintiff's Request for *In Camera* Inspection. Plaintiff argues that if he produces certain personal documents (driver's license, Social Security card, and the like) he may be subject to identity theft. The Court is not aware that these items have specifically been requested for production. In any event, much of this information is available through public records and the Court previously ruled that Plaintiff only need identify the last four digits of his Social Security number. The Court finds that an *in camera* inspection of Plaintiff's personal information is not required.

IT IS THEREFORE ORDERED that Plaintiff's Request for *In Camera* Inspection [Doc. 41] is denied.

IT IS SO ORDERED.

                                                          Richard L. Puglisi
                                                          United States Magistrate Judge